**Rizalina ABELLAN, Plaintiff–Appellant,**

v.

**SUPERIOR COURT OF CALIFORNIA; et al., Defendants–Appellees.**

No. 08–16691.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 1, 2008.*

Filed Dec. 10, 2008.

Rizalina Abellan, San Francisco, CA, pro se.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Richard G. Grotch, Kathryn Carroll Klaus, Coddington, Hicks & Danforth, Redwood City, CA, for Defendants–Appellees.

Before: GOODWIN, CLIFTON and BEA, Circuit Judges.

MEMORANDUM **

A review of the record and appellant's response to the court's order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's order denying appellant's motion for reconsideration.

All pending motions are denied as moot.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.